IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNIX IRELAND PAIN LTD., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 16-139-GMS |
| ALVOGEN MALTA OPERATIONS, LTD., et al., | ) |
| Defendants. | ) |

ORDER

At Wilmington this 6th day of February, 2018,

ORDERED that the above-captioned case be reassigned to the Honorable William C. Bryson, Senior Judge, United States Court of Appeals for the Federal Circuit.

LEONARD P. STARK, CHIEF JUDGE