# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERNIX IRELAND PAIN LTD and<br>PERNIX THERAPEUTICS, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ALVOGEN MALTA OPERATIONS LTD.,<br><br>    *Defendant*. | § § § § § § § § § § § | Civil Action No. 16-139-WCB |

## ORDER

The above-captioned action was transferred to the undersigned on February 6, 2018. A telephonic hearing will be held on February 9, 2018, at 3:00 p.m., to discuss the schedule for pretrial proceedings in the case. The call-in information will be distributed via email to all counsel of record.

IT IS SO ORDERED.

SIGNED this 6th day of February, 2018.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE