

David M. Fry
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0705 - Direct
dfry@shawkeller.com

February 20, 2018

**BY CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

  Re: *Pernix Ireland Pain DAC, et al., v. Alvogen Malta Operations Ltd.*,
    C.A. No. 16-139-WCB

Dear Judge Bryson:

  The parties have agreed to adjourn the April 16, 2018 trial date, provided that the Court can conduct the trial during the week of June 11, 2018. As one of Plaintiffs' witnesses is unavailable to attend trial that week, the parties have agreed to conduct a trial deposition by no later than May 25, 2018, and will address the mechanism for resolving objections and other disputes, if any, that may arise during the trial deposition with Your Honor at the pretrial conference.

  A stipulation reflecting the parties' proposed revisions to the case schedule is enclosed, with blank spaces for oral argument on summary judgment motions and the pretrial conference.

  The parties are available at the Court's convenience to address any questions.

            Respectfully,

            */s/ David M. Fry*

            David M. Fry (No. 5486)

Enclosure

cc: All Counsel of Record (via CM/ECF and e-mail)