# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNIX IRELAND PAIN DAC and PERNIX THERAPEUTICS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN MALTA OPERATIONS LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 16-139-WCB ) ) ) ) ) |

**JOINT STIPULATION AND [PROPOSED]**
**ORDER TO AMEND THE CASE SCHEDULE**

The parties hereby stipulate and agree, subject to the Court's approval, to the following amendments to the case schedule:

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Close of Expert Discovery | February 23, 2018 | February 27, 2018 |
| Opening Summary Judgment Briefs (no more than 3 motions per side, limited to 45 total pages of briefing) | N/A | March 16, 2018 |
| Answering Summary Judgment Briefs (45 total pages of briefing) | N/A | April 13, 2018 |
| Reply Summary Judgment Briefs (10 pages per motion) | N/A | April 27, 2018 |
| Oral Argument on Summary Judgment Motions | N/A | _____ (the parties suggest a date the week of May 7) |

2

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Opening Briefs on *Daubert* Motions (no more than one per side, limited to 10 pages) and Motions *in Limine* (no more than 3 per side, limited to 5 pages per motion) | N/A | April 6, 2018 |
| Answering Briefs on *Daubert* Motions (10 pages) and Motions *in Limine* (5 pages per motion) | N/A | April 20, 2018 |
| Reply Briefs on *Daubert* Motions (5 pages) and Motions *in Limine* (3 pages per motion) | N/A | April 27, 2018 |
| Joint Proposed Pretrial Order (parties to discuss and determine new dates for remaining exchanges listed in D.I. 103) | March 8, 2018 | May 10, 2018 |
| Pretrial Conference | March 14, 2018 | _____ (the parties suggest the same time as the oral argument on summary judgment motions during the week of May 7) |
| Completion of Hartman *de bene esse* deposition | N/A | May 25, 2018 |
| Written Opening Statements (20 pages) | N/A | June 4, 2018 |
| Trial (5 days) | April 16-20, 2018 | June 11-15, 2018 |

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ David M. Fry* |
| Michael P. Kelly (No. 2295) | Karen E. Keller (No. 4489) |
| Daniel M. Silver (No. 4758) | David M. Fry (No. 5486) |
| Benjamin A. Smyth (No. 5528) | SHAW KELLER LLP |
| MCCARTER & ENGLISH LLP | I.M. Pei Building |
| Renaissance Centre | 1105 N. Market Street, 12th Floor |
| 405 N. King St., 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 984-6331 | kkeller@shawkeller.com |
| mkelly@mccarter.com | dfry@shawkeller.om |
| dsilver@mccarter.com | *Attorneys for Defendant* |
| bsmyth@mccarter.com | *Alvogen Malta Operations Ltd.* |
| *Attorneys for Plaintiffs* | |

Dated: February 20, 2018

SO ORDERED this _____ day of February, 2018.

_____
THE HONORABLE WILLIAM C. BRYSON

3