IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNIX IRELAND PAIN DAC and<br>PERNIX THERAPEUTICS, LLC,<br><br>              Plaintiffs,<br><br>      v.<br><br>ALVOGEN MALTA OPERATIONS LTD.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-139-WCB<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER**

Having considered the parties' stipulation, Dkt. No. 109, the Court ORDERS the following amendments to the schedule:

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Close of Expert Discovery | February 23, 2018 | February 27, 2018 |
| Opening Summary Judgment Briefs (no more than 3 motions per side, limited to 45 total pages of briefing) | March 1, 2018 | March 16, 2018 |
| Answering Summary Judgment Briefs (45 total pages of briefing) | March 14, 2018 | April 6, 2018 |
| Reply Summary Judgment Briefs (10 pages per motion) | March 20, 2018 | April 16, 2018 |
| Oral Argument on Summary Judgment Motions | March 28, 2018 | May 11, 2018, at 9:00 a.m. in Wilmington, Delaware, Courtroom 2A |

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Opening Briefs on *Daubert* Motions (no more than 1 motion per side, limited to 10 pages) and Motions *in Limine* (no more than 3 per side, limited to 5 pages per motion) | March 6, 2018 | March 30, 2018 |
| Answering Briefs on *Daubert* Motions (10 pages) and Motions *in Limine* (5 pages per motion) | March 19, 2018 | April 13, 2018 |
| Reply Briefs on *Daubert* Motions (5 pages) and Motions *in Limine* (3 pages per motion) | March 26, 2018 | April 20, 2018 |
| Joint Proposed Pretrial Order (parties to discuss and determine new dates for remaining exchanges listed in D.I. 103) | March 8, 2018 | May 10, 2018, by 3:00 p.m. |
| Pretrial Conference | March 28, 2018 | May, 11, 2018, at 9:00 a.m. in Wilmington, Delaware, Courtroom 2A |
| Completion of Hartman *de bene esse* deposition | N/A | May 25, 2018 |
| Written Opening Statements (20 pages) | N/A | June 4, 2018 |
| Trial (5 days) | April 16-20, 2018 | June 11-15, 2018, in Wilmington, Delaware, Courtroom 4B |

IT IS SO ORDERED.

SIGNED this 20th day of February, 2018.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE