## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PERNIX IRELAND PAIN LTD and §
PERNIX THERAPEUTICS, LLC, §
§
§
*Plaintiffs*, §
§
§    Civil Action No. 16-139-WCB
v. §
§
§
ALVOGEN MALTA OPERATIONS LTD., §
§
*Defendant*. §

## SCHEDULING ORDER

The oral argument and pretrial conference on May 11, 2018, will be held in Washington, D.C., and not in Wilmington, Delaware.  The hearing will begin at 9:00 a.m. in Courtroom 402 of the National Courts Building, 717 Madison Place, N.W., Washington, D.C.  At that time, the Court will hear oral arguments on all of the pending motions.  After hearing argument on the motions, the Court will conduct the pretrial conference.

The order in which the motions will be heard, by docket number, is as follows:

1. Dkt. Nos. 111 & 114

2. Dkt. No. 115

3. Dkt. No. 125

4. Dkt. No. 118

5. Dkt. No. 133

6. Dkt. No. 135

7. Dkt. No. 137

The hearing will continue until all of the motions have been heard.  The Court will resolve as many of the motions as possible at that time, but will reserve ruling on those that require further consideration.

The parties are advised that the Court prefers that the parties present their arguments orally, and not with visual aids. The Court's usual practice is to conduct oral arguments in a question-and-answer format, and not to allocate a particular period of time to each party on each motion. Because the Court will have read all of the briefing submitted by the parties, the Court does not need to hear a lengthy presentation of the background of each motion from each party. One lawyer will be heard from each side with regard to each motion. If any attorney plans to cite any authority that is not cited in the briefs, that authority should be disclosed to opposing counsel and the Court by 5:00 p.m. on May 9, 2018.

The parties are asked to arrange for a court reporter to be present for the Washington, D.C., hearing.

IT IS SO ORDERED.

SIGNED this 24th day of April, 2018.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE